I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7·8·13

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL - 8 2013
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARRETT,<br><br>        Petitioner,<br><br>vs.<br><br>GARY SANDOR, Warden,<br><br>        Respondent. | Case No. CV 13-4634-CAS (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 5, 2013

_____
CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL - 8 2013
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY